JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOMON PEREZ,<br>　　　　　Plaintiff,<br>　　v.<br>JOHN STILES, M.D., *et al.*,<br>　　　　　Defendants. | Case No. ED CV 11-1005 JFW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 10, 2011

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1